**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  DAVID SHANKS           §    Case No. 09-71609
                               §
                               §
        Debtors                §

**CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 12 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1202(b)(1).  The trustee declares as follows:

1) The case was filed on 04/22/2009.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1229 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/14/2010.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,597.86.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-12-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 0.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 0.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| A LAW OFFICE OF CROSBY & | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| CNH CAPITAL AMERICA LLC | Sec | 9,502.90 | 9,502.90 | 9,502.90 | 0.00 | 0.00 |
| GE CAPITAL | Sec | 2,283.25 | NA | NA | 0.00 | 0.00 |
| HARVARD STATE BANK | Sec | 489,227.00 | NA | NA | 0.00 | 0.00 |
| HARVARD STATE BANK | Sec | 363,263.00 | NA | NA | 0.00 | 0.00 |
| HARVARD STATE BANK | Sec | 187,094.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Sec | 1,077.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT | Pri | 42.24 | 42.24 | 42.24 | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT | Pri | 5,761.56 | 1,560.79 | 1,560.79 | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT | Uns | 0.00 | 4,200.77 | 4,200.77 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 146,518.00 | 211,298.05 | 211,298.05 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 33,140.68 | 33,140.68 | 0.00 | 0.00 |
| AGRI-GRAPHICS | Uns | 720.90 | NA | NA | 0.00 | 0.00 |
| ALTA | Uns | 144.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SHANKS | Uns | 10,000.00 | 40,000.00 | 40,000.00 | 0.00 | 0.00 |
| BLACKHAWK FBFM | Uns | 2,809.09 | 3,409.23 | 3,409.23 | 0.00 | 0.00 |
| BROWN SWISS CATTLE BREEDERS | Uns | 411.82 | 411.82 | 411.82 | 0.00 | 0.00 |
| CITIBUSINESS CARD | Uns | 3,783.58 | NA | NA | 0.00 | 0.00 |

UST Form 101-12-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMED | Uns | 5,450.27 | 5,428.51 | 5,428.51 | 0.00 | 0.00 |
| COMPLETE FEED SERVICE LLC | Uns | 91,051.24 | 60,745.27 | 60,745.27 | 0.00 | 0.00 |
| CONSERV FS | Uns | 17,359.70 | NA | NA | 0.00 | 0.00 |
| CORDRAY BROTHERS, INC. | Uns | 2,723.60 | NA | NA | 0.00 | 0.00 |
| DAN FROHLING | Uns | 2,200.00 | NA | NA | 0.00 | 0.00 |
| DUANE BISHOP | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |
| EDERERS DO IT BEST & DAIRY | Uns | 959.40 | NA | NA | 0.00 | 0.00 |
| EXTRA MILE DAIRY SUPPLY | Uns | 3,114.05 | NA | NA | 0.00 | 0.00 |
| FAY ELLWANGER | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| HESS SALES COMPANY | Uns | 880.00 | NA | NA | 0.00 | 0.00 |
| HOLSTEIN ASSOCIATION | Uns | 2,865.76 | 2,910.76 | 2,910.76 | 0.00 | 0.00 |
| ILLINOIS HOLSTEIN HERALD | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| JASON NESS | Uns | 11,000.00 | NA | NA | 0.00 | 0.00 |
| KELLY PLUMBING & MECHANICAL | Uns | 610.00 | NA | NA | 0.00 | 0.00 |
| KENNETH KOPSELL/CUSTOM | Uns | 3,100.00 | 5,037.00 | 5,037.00 | 0.00 | 0.00 |
| MASTITIS MANAGEMENT TOOLS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY LAKE DHIA | Uns | 1,214.99 | NA | NA | 0.00 | 0.00 |
| MHS PHYSICIAN SERVICES | Uns | 443.57 | NA | NA | 0.00 | 0.00 |
| NEW GENERATION GENETICS | Uns | 322.67 | NA | NA | 0.00 | 0.00 |
| PHILLIP J NICKELS FARMS | Uns | 8,538.42 | 8,538.42 | 8,538.42 | 0.00 | 0.00 |
| PUREBRED PUBLISHING INC | Uns | 505.82 | NA | NA | 0.00 | 0.00 |
| QUALITY WATER CONDITIONING | Uns | 43.90 | NA | NA | 0.00 | 0.00 |
| RICHARD DAVIDSON | Uns | 2,600.00 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER LABORATORY INC | Uns | 105.75 | NA | NA | 0.00 | 0.00 |
| SELECT SIRES | Uns | 4,820.83 | NA | NA | 0.00 | 0.00 |
| STADE GRAIN CO | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| STATE VETERINARY SERVICE | Uns | 30,467.22 | 30,467.32 | 30,467.32 | 0.00 | 0.00 |
| THOMAS JOHNSON | Uns | 3,100.00 | 3,945.00 | 3,945.00 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Uns | 5,532.25 | NA | NA | 0.00 | 0.00 |
| TRI COUNTY DAIRY SUPPLY | Uns | 371.63 | NA | NA | 0.00 | 0.00 |
| TRIBOLD IMPLEMENT INC | Uns | 1,502.80 | 1,502.80 | 1,502.80 | 0.00 | 0.00 |
| ESTHER SHANKS | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| GENERAL ELECTRIC CAPITAL | Sec | 0.00 | 11,837.64 | 0.00 | 0.00 | 0.00 |
| CHN CAPITAL | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| STEARNS BANK - EQUIPMENT | Sec | 0.00 | 27,838.74 | 0.00 | 0.00 | 0.00 |

UST Form 101-12-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GE CAPITAL | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| CLERK OF U.S. BANKRUPTCY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-12-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 9,502.90 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 9,502.90 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 212,901.08 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 212,901.08 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 199,737.58 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-12-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  05/18/2010            By:  /s/ Lydia S. Meyer
                                      Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.